# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

GEOFFREY R. LAWSON, SR.,

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:15-CV-184-RMP |
| BRENT CARNEY; JOSEPH LUCE; MARK MURPHY; ) | |
| JODY SABATINO; and PATRICK KNIE, ) | |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Report and Recommendation (ECF No. 127) is ADOPTED IN ITS ENTIRETY.  Defendants' Motion for Summary
Judgment (ECF No. 84) is GRANTED.  Defendant Sabatino's Motion for Summary Judgment (ECF No. 87)  is
GRANTED.  All of Plaintiff's claims are DISMISSED WITH PREJUDICE.  Judgment is entered in favor of Defendants.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge     Rosanna Malouf Peterson _____ on a Report and Recommendation
(ECF No. 127) to grant Defendants' Motions for Summary Judgment (ECF Nos. 84 and 87).

Date:   September 28, 2017

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____